```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――

**SIMON J. BURCHETT PHOTOGRAPHY, INC.,**

               **Plaintiff,**　　　　　20 cv 10925 (JGK)

     **- against -**　　　　　　　　　　　<u>ORDER</u>

**MTS LOGISTICS, INC.,**

               **Defendant.**

―――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    Time to answer is extended to **March 15, 2021**. The parties should submit a Rule 26(f) report by **March 29, 2021**.

    **SO ORDERED.**

**Dated:**    **New York, New York**
           **March 2, 2021**　　　　　　　　_____/s/ John G. Koeltl_____
                                               **John G. Koeltl**
                                  **United States District Judge**